Court, Erie County, Howe, J.—Stay Arbitration.) Present—Pine, J. P., Wesley, Doerr, Davis and Boehm, JJ.

In the Matter of PHILIP L. HABERSTRO, Appellant, v MARTIN T. SCHOLL et al., Respondents. (Appeal No. 1.) [625 NYS2d 969] —Order unanimously affirmed without costs. Memorandum: Petitioner failed to submit a verified petition at the time of filing the order to show cause. A verified petition is a jurisdictional condition precedent to commencement of a special proceeding pursuant to Election Law § 16-116 and CPLR 304 (see, Matter of Zicari v Stewart, 207 AD2d 951; see also, Matter of Goodman v Hayduk, 45 NY2d 804; Matter of Callahan v Russo, 123 AD2d 518). Furthermore, the record does not reflect that a verified petition has ever been filed with the Clerk of the Court in the County of Erie. (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Election Law.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ. (Filed Mar. 8, 1995.)

In the Matter of PHILIP L. HABERSTRO, Appellant, v MARTIN T. SCHOLL et al., Respondents. (Appeal No. 2.) [625 NYS2d 969] —Order unanimously affirmed without costs (see, Ciesinski v Town of Aurora, 202 AD2d 984). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Settle Record.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ. (Filed Mar. 8, 1995.)

In the Matter of MARK GADEMSKY, Appellant, v MARY BETH MASSET, Respondent. [625 NYS2d 973] —Motion for counsel fees, costs and disbursements and cross motion for counsel fees, costs, disbursements and sanctions denied. Memorandum: We decline to award either party counsel fees and costs or to impose financial sanctions pursuant to 22 NYCRR 130-1.1. It cannot be said that either party has engaged in frivolous conduct (see, 22 NYCRR 130-1.1 [c]). Furthermore, an application for an award of appellate counsel fees should be addressed to Family Court (see, Family Ct Act § 651 [a]; Domestic Relations Law § 237 [b]; Matter of O'Neil v O'Neil, 193 AD2d 16, 18). Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.

In the Matter of BRUCE KIRBY, for Reinstatement. [625 NYS2d 995] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present —Pine, J. P., Balio, Lawton, Boomer and Davis, JJ.